[No. 64076-3-I.   Division One.   December 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTEZ WINTERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05652-6, Michael J. Fox, J., entered August 19, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Schindler, JJ.

[No. 64301-1-I.   Division One.   December 13, 2010.]

CRAIG KRESSER ET AL., *Appellants*, v. THE BOEING COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-23679-8, Michael Hayden, J., entered September 25, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 39098-1-II.   Division Two.   December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDE M. LINAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00279-1, Frank E. Cuthbertson, J., entered April 3, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 39415-4-II.   Division Two.   December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO F. GARCIA MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00002-9, David L. Edwards, J., entered June 4, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Van Deren, JJ.